

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00388-CR

Raul Aguero **AYALA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14466
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's pro se brief is presently due January 3, 2017. Appellant has filed a motion for extension of time, stating that he needs additional time to file his brief. We GRANT appellant an extension of time to file his pro se brief. Appellant's brief is due February 1, 2017. Appellant also requests "legal assistance that is not an attorney." That request is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court